UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRUCE BATES,

                Plaintiff,

    -against-

BRISTOL-MYERS SQUIBB COMPANY and
PFIZER INC.,
                Defendants.
-----------------------------------------------------------X

17 **CIVIL** 1237 (DLC)

## JUDGMENT

Whereas on July 26, 2017, an opinion was issued in Fortner v. Bristol-Myers Squibb Co. & Pfizer, Inc., 17 CV 1562 (DLC), dismissing its amended complaint with prejudice; the law firm of Salim-Beasley, LLC represents the plaintiffs in Fortner and in this actions; the amended complaint in the above-captioned actions are identical in all material respects to the Fortner amended complaint except that they involves Illinois plaintiffs whose claims are brought under Illinois law, while Fortner brought claims under Tennessee law, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on July 26, 2017, having rendered its Order that for the reasons set forth and in the Fortner Opinion, dismissing the above-captioned amended complaint with prejudice, and ordering the Clerk of Court to enter judgment for the defendants and close the above-captioned case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 25, 2017and in the Fortner Opinion, the above-captioned amended complaint is dismissed with prejudice; accordingly, judgment is entered for the defendants and the above-captioned case is closed.

**Dated:** New York, New York
        July 28, 2017

BY: **RUBY J. KRAJICK**
Clerk of Court

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____